Attorney for Brett D. Pullins

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD L. BONHAM, et al., | : | Case No. C-1-02-509 |
| | : | (BECKWITH, J.) |
| Plaintiffs, | : | (Magistrate Sherman) |
| | : | |
| v. | : | ENTRY OF DISMISSAL WITH |
| | : | PREJUDICE |
| BRETT D. PULLINS, | : | |
| | : | |
| Defendant. | : | |

All disputes among the parties have been settled. It is, therefore,

    ORDERED, that all claims in the within cause are hereby dismissed, with prejudice, at Defendant's cost.

_____
JUDGE

_____
Stephen J. Patsfall (0012271)
Patsfall, Yeager, & Pflum
1 West Fourth Street
Suite 1800
Cincinnati, OH 45202
(513) 721-4500
Attorney for Defendant

_____
John H. Phillips (0043934)
9521 Montgomery Road
Cincinnati, OH 45242
(513) 985-2500
Attorney for Plaintiffs