(Stephen J. Patsfall 0012271)
Attorney for Brett D. Pullins

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RICHARD L. BONHAM, et al.,                :   Case No. C-1-02-509
                                          :   (BECKWITH, J.)
            Plaintiffs,                   :   (Magistrate Sherman)
                                          :
v.                                        :   ENTRY OF DISMISSAL WITH
                                          :   PREJUDICE
BRETT D. PULLINS,                         :
                                          :
            Defendant.                    :

All disputes among the parties have been settled. It is, therefore,

ORDERED, that all claims in the within cause are hereby dismissed, with prejudice, at Defendant's cost.

_____
JUDGE

_____
Stephen J. Patsfall (0012271)
Patsfall, Yeager, & Pflum
1 West Fourth Street
Suite 1800
Cincinnati, OH 45202
(513) 721-4500
Attorney for Defendant

_____
John H. Phillips (0043934)
9521 Montgomery Road
Cincinnati, OH 45242
(513) 985-2500
Attorney for Plaintiffs